Francis Bussong, Jr., and others. I. Skutch, of New York City, for appellants. A. J. Griffin, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

HAAK, Respondent, v. BUFFALO, R. & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Jeremiah Haak against the Buffalo, Rochester & Pittsburgh Railway Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

KRUSE, P. J., dissents. FOOTE, J., not sitting.

HAAK, Respondent, v. BUFFALO, R. & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Susan Haak against the Buffalo, Rochester & Pittsburgh Railway Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

KRUSE, P. J., dissents. FOOTE, J., not sitting.

HALE v. SELIGSBERG et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by William H. Hale against Albert J. Seligsberg and others. No opinion. Application denied, with $10 costs. Order signed.

HALL et al., Respondents, v. HALL, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Ada M. Hall and another against Arthur G. Hall. No opinion. Judgment affirmed, with costs.

HALLAHAN, Respondent, v. HALLAHAN, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Katherine V. Hallahan against Edward F. Hallahan. B. F. Norris, of New York City, for appellant. L. J. Jacoves, of New York City, for respondent. No opinion. Order modified, by reducing counsel fee to $50, and, as modified, affirmed, without costs. Order filed. See, also, 146 N. Y. Supp. 1093.

HARPER v. BABCOCK et al. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by George W. Harper, Jr., against Francis E. Babcock and others. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 1093.

HARDING, Respondent, v. HARDING, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Mary B. Harding against Hugh Harding. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HARRIS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Hannah A. Harris, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

HARRIS v. REED. (No. 5757.) (Supreme Court, Appellate Division, First Department. May 15, 1914.) Appeal from Trial Term, New York County. Action by Jacob Harris, as administrator, against Ella S. Reed. From a judgment dismissing the complaint at the close of plaintiff's case, and from an order denying a new trial, plaintiff appeals. Reversed, and new trial ordered. Henry W. Unger, of New York City, for appellant. Carlisle J. Gleason, of New York City, for respondent.

PER CURIAM. We think that the evidence in this case presented a question for the jury as to defendant's negligence and the freedom of the deceased from contributory negligence. The judgment and order appealed from should therefore be reversed, and a new trial ordered, with costs to the appellant to abide the event.

HART v. WALSH et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Thomas R. Hart against Blanche Walsh and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 84 Misc. Rep. 421, 146 N. Y. Supp. 235.

HARTMAN, Appellant, v. LYONS REPUBLICAN CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Samuel L. Hartman against the Lyons Republican Company. No opinion. Judgment affirmed, with costs.

HARTNEY, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Frank Hartney against the International Railway Company and another. No opinion. Judgment and order affirmed, with costs.

HASTINGS, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Helen Hastings against the New York State Railways. No opinion. Judgment and order affirmed, with costs.

HAVERY, Appellant, v. WAGSTAFF, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Margaret P. Havery against Alfred Wagstaff, as executor, etc. A. S. Gilbert, of New York City, for appellant. H. Barry, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HAYES, Appellant, v. McGINNIS et al., Respondents. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by George B. Hayes against Andrew B. McGinnis